|   |   |
|---|---|
| 1 | ANN MILLER RAVEL, County Counsel (S.B. #62139) |
|   | MARK F. BERNAL, Deputy County Counsel (S.B. #173923) |
| 2 | OFFICE OF THE COUNTY COUNSEL |
|   | 70 West Hedding, East Wing, 9th Floor |
| 3 | San Jose, California  95110-1770     **E-Filed 7/7/2009** |
|   | Telephone: (408) 299-5900 |
| 4 | Facsimile: (408) 292-7240 |

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN PIPKIN,              )   No.   C08-02847 JF
                              )
     Plaintiff,               )   STIPULATION AND [PROPOSED]
                              )   ORDER RE: DISCOVERY
v.                            )
                              )
COUNTY OF SANTA CLARA,        )
                              )
     Defendant.               )
_____)

**STIPULATION**

The parties in the above-captioned matter, by and through their attorneys of record, hereby stipulate that each respective party may commence with discovery pursuant to the Federal Rules of Civil Procedure.

I hereby attest that I have on file the holograph signatures for the signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**IT IS SO STIPULATED.**

Dated: July 2, 2009                              ANN MILLER RAVEL
                                                 County Counsel

                                          By:        /S/
                                                 _____
                                                 MARK F. BERNAL
                                                 Deputy County Counsel
                                                 Attorneys for Defendant
                                                 COUNTY OF SANTA CLARA

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed]
Order Re: Discovery                    -1-                    C08-02847 JF

| | | |
|---|---|---|
| 1 | Dated: July 2, 2009 | CHILES & PROCHNOW, LLP |
| 2 | | By:  /S/ |
| 3 | | KENNETH H. PROCHNOW |
| 4 | | Attorneys for Plaintiff<br>JONATHAN PIPKIN |

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: 7/6/2009

_____
JEREMY FOGEL
United States District Court Judge

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed]
Order Re: Discovery     -2-     C08-02847 JF