|   |   |
|---|---|
| 1 | MIGUEL MÁRQUEZ, County Counsel (S.B. #184621) |
|   | MARK F. BERNAL, Deputy County Counsel (S.B. #173923) |
| 2 | OFFICE OF THE COUNTY COUNSEL |
|   | 70 West Hedding, East Wing, 9th Floor |
| 3 | San Jose, California  95110-1770 |
|   | Telephone:  (408) 299-5900 |
| 4 | Facsimile:  (408) 292-7240 |
| 5 | Attorneys for Defendant |
|   | COUNTY OF SANTA CLARA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JONATHAN PIPKIN, | ) | No.   C08-02847 JF |
|---|---|---|
|        Plaintiff, | ) | **STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| v. | ) |   |
| COUNTY OF SANTA CLARA | ) |   |
|        Defendant. | ) |   |

Plaintiff Jonathan Pipkin and Defendant County of Santa Clara, by and through their respective counsel of record, hereby stipulate and agree to an order dismissing this entire action with prejudice as to all named defendants.

Each side shall bear their own attorneys' fees and costs of the suit.

//
//
//
//
//
//
//
//

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Dismissing
Entire Action with Prejudice         -1-                                    C08-02847 JF

I hereby attest that I have on file the holograph signature indicated by a "conformed" signature (/S/) within this e-filed document.

IT IS SO STIPULATED:

Dated: June 30, 2010

MIGUEL MÁRQUEZ
County Counsel

By: ____/S/____
MARK F. BERNAL
Deputy County Counsel
Attorneys for Defendant
COUNTY OF SANTA CLARA

Dated: June 30, 2010

By: ____/S/____
KENNETH H. PROCHNOW
Attorney for Plaintiff
JONATHAN PIPKIN.

IT IS SO ORDERED:

Dated: 7/1/10

_____
HON. JEREMY FOGEL
United States District Court Judge

MIGUEL MÁRQUEZ
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order Dismissing
Entire Action with Prejudice    -2-    C08-02847 JF